

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUDY BONICARD                                          CIVIL ACTION

VERSUS                                                 NO: 05-394-JCZ-SS

UNITED PARCEL SERVICE, INC.

### REPORT AND RECOMMENDATION

On February 14, 2005, the plaintiff, Judy Bonicard, filed a complaint against United Parcel Service, Inc. (Rec. doc. 1). She was represented by counsel but counsel filed a Motion to Withdraw (Rec. doc. 2), which was signed on March 28, 2005 by the District Judge. (Rec. doc. 3). No one has enrolled on behalf of the plaintiff. There is no evidence in the record that the defendants were served with the summons and complaint. This matter was set for the call docket on June 22, 2005. (Rec. doc. 4). Ms. Bonicard was notified that pursuant to Fed. R. Civ. P. 4(m), if service of the summons and complaint was not made within 120 days after the filing of the complaint it would be recommended that the action be dismissed without prejudice. Fed. R. Civ. P. 4(m). Ms. Bonicard failed to appear for the call docket or otherwise contact the court. A *pro se* litigant is not exempt from compliance with relevant rules of procedural and substantive law. Birl v. Estelle, 660 F.2d 592, 593 (5th Cir. 1981). Ms. Bonicard did not properly serve the defendant or demonstrate good cause



for failing to do so. More than 120 days elapsed since the filing of the complaint.

## RECOMMENDATION

IT IS RECOMMENDED that the complaint of Judy Bonicard be DISMISSED WITHOUT PREJUDICE.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 22 day of June, 2005.

SALLY SHUSHAN
United States Magistrate Judge

2