FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 AUG -2  AM 8: 06

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUDY BONICARD                                        CIVIL ACTION

VERSUS                                               NO: 05-394-JCZ-SS

UNITED PARCEL SERVICE, INC.

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections

to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's

Report and Recommendation and adopts it as its opinion.  Accordingly,

IT IS ORDERED that the complaint of Judy Bonicard is DISMISSED WITHOUT

PREJUDICE.

New Orleans, Louisiana, this ____ day of _August_, 2005.

_____
UNITED STATES DISTRICT JUDGE

____ Fee _____
____ Process _____
__X_ Dktd _____
____ CtRmDep _____
____ Doc. No _____